# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISE DARDARIAN,<br><br>     Plaintiff,<br>v.<br><br>LA FLOR PRODUCTS COMPANY, INC.,<br><br>     Defendant. | CASE NO.: 2:22-cv-00547-KAM-AYS<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>Judge: Hon. Kiyo A. Matsumoto |

Plaintiff Denise Dardarian and Defendant La Flor Products Company, Inc. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: November 22, 2022

                SHUB LAW FIRM LLC

                /s/ *Jonathan Shub*
                By: JONATHAN SHUB
                Attorneys for Plaintiff Denise Dardarian

Dated November 22, 2022

                PALADINO LAW GROUP, P.C.

                /s/ *Anthony Iadevaia*
                By: ANTHONY IADEVAIA
                Attorney for Defendant La Flor Products Company, Inc.

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: __11/22__, 2022

/s/
_____
KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE